UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
CRISTIANO ZUIN

Chapter 13

**Debtor**

Bankruptcy No. 22-12860-AMC

# ORDER

AND NOW, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 21, 2023**

_____  
Honorable Ashely M. Chan  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
JONATHAN H STANWOOD ESQ  
1 PENN CENTER, SUITE 500  
1617 JFK BOULEVARD  
PHILADELPHIA, PA 19103-

Debtor:  
CRISTIANO ZUIN

59 CROOKED BILLET RD

HATBORO, PA 19040