United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Cristiano Zuin  
    Debtor

Case No. 22-12860-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 21, 2023      Form ID: pdf900      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cristiano Zuin, 59 Crooked Billet Rd., Hatboro, PA 19040-3911 |
| 14739144 | + | Quicken Home Loan/, Rocket Mortgage, 1050 Woodward Avenue, Detroit, Mi 48226-3573 |
| 14732937 | + | Rocket Mortgage, LLC, C/O Michael Farrington, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14739147 | + | Trumark Financial Credit Union, 1000 Northbrook Drive, Trevose, Pa 19053-8430 |
| 14739148 | + | Upper Moreland Township, PO Box 535, Willow Grove, Pa 19090-0535 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 22 2023 05:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2023 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14739139 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2023 05:14:45 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 14739140 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2023 05:14:45 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14739141 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2023 05:14:50 | CitBank, Bankruptcy Dept, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14739142 | ^ | MEBN | Feb 22 2023 05:14:35 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14739143 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 22 2023 05:09:00 | Kohls, Bankruptcy Dept, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14746196 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 22 2023 05:09:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14739145 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Feb 22 2023 05:09:00 | Sunrise Credit Service, 260 Airport Plaza Blvd, Farmingdale, NY 11735-3946 |
| 14739146 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 05:14:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14730996 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 05:14:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Feb 21, 2023 Form ID: pdf900 Total Noticed: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JONATHAN H. STANWOOD | on behalf of Debtor Cristiano Zuin jhs@stanwoodlaw.com paralegal@stanwoodlaw.com,jhsecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                            Chapter 13
CRISTIANO ZUIN

             Debtor             Bankruptcy No. 22-12860-AMC

# ORDER

    AND NOW, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 21, 2023**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JONATHAN H STANWOOD ESQ
1 PENN CENTER, SUITE 500
1617 JFK BOULEVARD
PHILADELPHIA, PA 19103-

Debtor:
CRISTIANO ZUIN

59 CROOKED BILLET RD

HATBORO, PA 19040