UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 22-12860-amc |
| Cristiano Zuin | : | |
| Debtor | : | Chapter 13 |

### NOTICE OF WITHDRAWAL OF MOTION

TO THE CLERK OF THE ABOVE COURT:

Kindly withdraw Debtor's Motion to Vacate Dismissal filed February 28, 2023, at docket #23.

Respectfully submitted,

By:  /s/ Jonathan H. Stanwood
Jonathan H. Stanwood
Attorney for Debtor
1617 JFK Blvd., Suite 500
Philadelphia, Pa 19103
(215) 569-1040
Dated: May 16, 2023